Service List:

Jennifer A D Lehman    jlehman@counsel.lacounty.gov
Tel: (213) 974-1908    Fax: (213) 626-2105

Elizabeth Anne Mitchell    linda.covarrubiaz@lacity.org, elizabeth.mitchell@lacity.org
Phone: (213) 978-6958  Fax: (213) 978-8785

S Chartey Quarcoo
Direct:  +1 202 637 6478    Fax:    +1 202 637 5910