Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

9th Circuit Case Number(s): 12-55115

Case Name: Jonathan Birdt v. Charlie Beck, et al.

The Clerk will enter my appearance as counsel on behalf of: Charlie Beck, The Los Angles Police Department

- [ ] Appellant
- [ ] Petitioner
- [ ] Amicus Curiae
- [ ] Appellant/Cross-Appellee
- [x] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Appellee/Cross-Appellant

- [ ] Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

- [x] Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel): Elizabeth A. Mitchell, Wendy Shapero

Signature (use "s/" format): s/Kjehl T. Johansen     Date: 1/26/2012

Name: Kjehl T. Johansen

Address: Office of the City Attorney, 600 City Hall East, 200 North Main Street

City: Los Angeles     State: CA     Zip Code: 90012

Phone Number (including area code): (213) 978-7072