FILED

JAN 30 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JONATHAN BIRDT, | No. 12-55115 |
| Plaintiff - Appellant, | D.C. No. 2:10-cv-08377-JAK-JEM<br>Central District of California, |
| v. | Los Angeles |
| CHARLIE BECK; et al., | ORDER |
| Defendants - Appellees. | |

Based on a review of the Mediation Questionnaire, this case is not selected for inclusion in the Mediation Program. The existing briefing schedule remains in effect. Counsel for any party interested in obtaining assistance from the court in pursuing settlement of the case on appeal or learning more about the Mediation Program is encouraged to contact Stephen Liacouras, Circuit Mediator, by e-mail stephen_liacouras@ca9.uscourts.gov or fax at (415) 355-8566. The communication will be kept confidential, if requested, from the other parties in the case.

VLS/Mediation

Counsel are requested to send copies of this order to their clients.

FOR THE COURT

By: Virna L. Sanchez
Deputy Clerk

VLS/Mediation