UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 31 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JONATHAN BIRDT,

        Plaintiff - Appellant,

  v.

CHARLIE BECK; et al.,

        Defendants - Appellees.

No. 12-55115

D.C. No. 2:10-cv-08377-JAK-JEM
U.S. District Court for Central
California, Los Angeles

**ORDER**

The opening brief submitted on May 26, 2012 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief in paper format, with a blue cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Wayne Price
Deputy Clerk