UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JONATHAN BIRDT,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>CHARLIE BECK; et al.,<br><br>    Defendants - Appellees. | No. 12-55115<br><br>D.C. No. 2:10-cv-08377-JAK-JEM<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |
| ROBERT THOMSON,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>TORRANCE POLICE DEPARTMENT, et al.,<br><br>    Defendants - Appellees. | No. 12-56236<br><br>D.C. No. 2:11-cv-06154-SJO-JC<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

  The appellant's motion to consolidate and expedite the above captioned appeals is denied. The appellees' motions for an extension of time in which to file the answering brief in No. 12-55115 are granted. The answering briefs are due October 1, 2012. The optional reply brief is due within 14 days after service of the last-served answering brief. The current briefing schedule in No. 12-56236 continues to govern that appeal.

              For the Court:
              MOLLY C. DWYER
              Clerk of the Court:

              Cathie A. Gottlieb, Deputy Clerk
              Ninth Cir. R. 27-7/Advisory Note to Rule 27
                and Ninth Circuit 27-10

07.16.12/cag/Pro Mo