**FILED**

NOV 07 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JONATHAN BIRDT, | No. 12-55115 |
|       Plaintiff - Appellant, | D.C. No. 2:10-cv-08377-JAK-JEM |
| v. | U.S. District Court for Central California, Los Angeles |
| CHARLIE BECK, et al., | |
|       Defendants - Appellees. | ORDER |

The motion by amici curiae for leave to file amici briefs are referred to the merits panel. Within 7 days of this order, amici curiae are ordered to file 7 copies of the brief in paper format, with a red cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is: P.O. Box 193939, San Francisco, CA 94119-

3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

        For the Court:

        MOLLY C. DWYER
        Clerk of the Court

        Daryl T. Omura
        Deputy Clerk
        Ninth Cir. R. 27-7/Advisory Note to Rule 27
           and Ninth Circuit Rule 27-10

11.05.12/do/pro mo