Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(*s*): 12-55115

Case Name: Jonathan Birdt v. Charlie Beck, et al.

The Clerk will enter my appearance as counsel on behalf of: Los Angeles County Sheriff's Department

- ☐ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Appellant/Cross-Appellee
- ☒ Appellee
- ☐ Respondent
- ☐ Intervenor
- ☐ Appellee/Cross-Appellant

☒ Check if you are lead counsel.
Lead counsel must be designated if a party is represented by more than one attorney or law firm.

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*: 

Name: Edward L. Hsu

Firm/Office: Office of the County Counsel

Address: 500 W. Temple St., 648 Kenneth Hahn Hall of Administration

City: Los Angeles   State: CA   Zip Code: 90012

Email: ehsu@counsel.lacounty.gov   Re-enter Email: ehsu@counsel.lacounty.gov

Phone Number *(including area code)*: (213) 974-1920

Signature *(use "s/" format)*: /s/ Edward L. Hsu   Date: 5/11/2015

9th Circuit Case Number(s) | 12-55115

**NOTE:** For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer/Creator)*.
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************************

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* 5/11/2015 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature *(use "s/" format)* | /s/ Edward L. Hsu

*********************************************************************************

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* .

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature *(use "s/" format)*